IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-19-D
No. 5:16-CV-327-D

| | | |
|---|---|---|
| ROBERT TYRONE CAMPBELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court GRANTS Robert Tyrone Campbell's ("Campbell") motion to vacate [D.E. 94] his

188-month sentence and his motion to expedite hearing [D.E. 106].   After the United States

Probation Office prepares a new Presentence Investigation Report ("PSR"), the court will hold a new

sentencing hearing and resentence Campbell.   The court notifies the parties that it is considering an

upward departure under U.S.S.G. § 4A1.3.   See Fed. R. Crim. P. 32(h); U.S.S.G. § 4A1.3(a)(1).

SO ORDERED.  This  25  day of January 2017.

James C. Dever

JAMES C. DEVER III
Chief United States District Judge