UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-cr-00019-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| ROBERT TYRONE CAMPBELL | |

On motion of the Defendant, Robert Tyrone Campbell, and for good cause shown, it is hereby ORDERED that **DE 141** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __30__ day of April 2021.

JAMES C. DEVER III
United States District Judge